# EXHIBIT A

eFiled
9/27/2024 12:22:48 PM
Superior Court
of the District of Columbia

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

| | |
|---|---|
| BREATHE DC, 1310 Southern Ave. SE, Washington, DC 20032,<br><br>Plaintiff,<br><br>v.<br><br>SWEDISH MATCH NORTH AMERICA, LLC, 1021 East Cary Street, Suite 1600, Richmond, VA 23219; and PHILIP MORRIS INTERNATIONAL INC., 677 Washington Blvd., Suite 1100, Stamford, CT 06901,<br><br>Defendants. | Case No. _____ 2024-CAB-006163<br><br>**COMPLAINT**<br><br>**DEMAND FOR JURY TRIAL** |

**PREAMBLE**

This case concerns misleading District of Columbia consumers, especially adolescents and young adults, about the nature and safety of ZYN nicotine pouches. Getting young people hooked on nicotine creates a lifetime of revenue for the tobacco industry. As traditional tobacco products like combustible cigarettes have gone out of style, tobacco companies have reinvented themselves and created a marketplace sensation with nicotine "pouches." These nicotine pouches do not contain tobacco leaves themselves; instead, the nicotine in the pouches is *extracted from* tobacco leaves. The advertising for these products, coupled with their unique nature, misleads consumers, including young people. First, they are advertised as "tobacco-free." This representation is false because the nicotine is tobacco-derived and not synthetic. It is also misleading because consumers have traditionally been concerned about the health consequences of tobacco and "tobacco-free" representations mislead consumers to believe that the pouches do not have the same health concerns as tobacco and/or are safer than they actually are. Adding to this confusion, ZYN nicotine

1

pouches display "3mg" and "6mg" nicotine labels, which mislead consumers into thinking the nicotine strength and addictive nature of these products is low, lower, or at least significantly less than combustion cigarettes or other forms of nicotine delivery products. Adding to this, flavored ZYN nicotine pouches are advertised and sold to D.C. consumers, even though the sale of flavored ZYN pouches is illegal in the District.

Finally, the advertisements for ZYN nicotine pouches **target young people**, even though it is **illegal** in the District to sell these products to people under age twenty-one.

The goal of this complaint is to stop this misleading and deceptive advertising in the District, to correct misinformation about ZYN pouches, and to protect young people from using an addictive product based on confusion about its properties.

## INTRODUCTION

On behalf of itself and the general public, Plaintiff Breathe DC ("Plaintiff" or "Breathe DC"), a local nonprofit, public interest organization, brings this action against Defendant Swedish Match North America, LLC ("Swedish Match") and Defendant Philip Morris International Inc. ("PMI") (collectively, ("Defendants")), concerning the false, unfair, and deceptive marketing and advertising of nicotine pouches sold under the brand name ZYN (the "Product" or "ZYN")[1] in the District of Columbia. Defendants' marketing of their Product misleads D.C. consumers into thinking that there are no tobacco-derived substances in the Product, that the Product's nicotine strength is low, and that the Product can be legally sold in the District; and targets advertisements to people under twenty-one years of age, even though the sale of the Product in D.C. to that demographic is illegal. This Complaint is on behalf of the general public of the District of Columbia, in the interest of consumers. This is not a class action, and no class certification will be

---

[1] Breathe DC alleges that all ZYN nicotine pouch products are within the scope of this Complaint. Breathe DC reserves the right to add future products as a result of further discovery.

sought. Plaintiff Breathe D.C. alleges the following based upon personal knowledge, information, belief, and the investigation of Counsel:

1.      People are deeply attracted to nicotine products. Many people use nicotine to cope with stress, anxiety, or as a way to relax. Nicotine stimulates the release of dopamine in the brain which is connected to pleasure[2] and therefore can have a calming effect, which makes it appealing during times of tension or when someone needs to unwind which is especially relevant for young people.[3] A whole generation of young people is currently confronting a mental health crisis[4] making them especially vulnerable to nicotine products.[5]

2.      Many people pursue nicotine products because they believe it helps them concentrate, stay alert, or enhance their cognitive performance.[6]

3.      Peer pressure plus brain development also plays a large role. Particularly among younger individuals, peer pressure and the desire to fit in with a certain group combined with the complexities of brain development during this crucial time, can lead to nicotine use. For some, nicotine use becomes part of their social identity.[7]

4.      Traditional tobacco products are becoming less popular as consumers have become aware of the harmful health effects of traditional combustion cigarettes.[8]

---

[2]   Dan Hurley, *Will a Nicotine Patch Make You Smarter?*, SCI AM (Feb. 9, 2014), https://www.scientificamerican.com/article/will-a-nicotine-patch-make-you-smarter-excerpt/.
[3]   *Roughly 1 in 5 Adolescents Report Experiencing Symptoms of Anxiety or Depression*, KFF (Feb. 6, 2024), https://www.kff.org/coronavirus-covid-19/press-release/roughly-1-in-5-adolescents-report-experiencing-symptoms-of-anxiety-or-depression/.
[4]   Ashley Laderer, *Gen Z's Mental Health Crisis & Collective Trauma*, Charlie Health (Mar. 1, 2023), https://www.charliehealth.com/post/gen-zs-mental-health-crisis-collective-trauma.
[5]   *See infra* Section III.
[6]   Hurley, *supra* note 2.
[7]   *Youth and Tobacco Use*, Centers for Disease Control and Prevention ("CDC"), https://www.cdc.gov/tobacco/data_statistics/fact_sheets/youth_data/tobacco_use/index.htm (last visited Sept. 19, 2024).
[8]   Ilena Peng, *Cigarette Smoking in the U.S. Drops to Lowest Level Since 1965*, Time (May 4, 2023), https://time.com/6277263/cigarette-smoking-lowest-level/.

5.      Many consumers are turning instead to nicotine pouches for nicotine enjoyment, and ZYN is leading the sales of such pouches.

6.      ZYN is a thin white pouch that contains white powdered nicotine. The nicotine contained in ZYN pouches is extracted from tobacco leaves.[9] The pouches do not contain tobacco leaves themselves.[10]

7.      The advertised use of a ZYN pouch is for a consumer to place the pouch under the upper lip for up to 30 minutes and then discard the pouch.[11] Released nicotine is absorbed via the oral mucosa.

8.      Other ingredients in ZYN, based on the ZYN website, are food-grade additives, fillers, a stabilizer (hydroxypropyl cellulose), pH adjusters, noncaloric sweeteners, and flavorings.[12]

9.      ZYN nicotine pouches are sold in at least eight different flavors in the District: wintergreen, cool mint, peppermint, spearmint, coffee, citrus, smooth, and chill.[13]

10.     Nicotine pouch sales in the United States are exploding. ZYN experienced a 65.7% increase in quarterly U.S. sales from Q3 2022 to Q3 2023.[14] ZYN has established itself as the dominant player in the U.S. nicotine pouch market, securing an impressive 76% share of the retail market in terms of dollar sales for Q3 2023.[15] Few products globally can match this remarkable

---

[9] ZYN, Facebook (Dec. 17, 2020), https://fb.watch/u8ES5NMXi2/.

[10] Rich Duprey, *This Under-the-Radar Smoking Alt. Could Be Bigger Than E-Cigs*, Yahoo! Finance (Aug. 26, 2019), https://finance.yahoo.com/news/under-radar-smoking-alternative-could-142500126.html.

[11] *Why ZYN?*, ZYN, https://us.zyn.com/about-zyn/?loggedIn=true (last visited Sept. 19, 2024).

[12] Sudhanshu Patwardhan, MBBS, MS, MBA and Karl Fagerström, PhD, *The New Nicotine Pouch Category: A Tobacco Harm Reduction Tool?*, 24(4) Soc'y for Rsch. on Nicotine and Tobacco 623–625 (2022), https://www.ncbi.nlm.nih.gov/pmc/articles/PMC8887571/.

[13] Havana Smoke Shop located at 3249 M St NW, Washington, DC 20007, sells eight flavors.

[14] *Press Release: Phillip Morris Int'l Reports 2023 Third-Quarter*, Phillip Morris (Oct. 19, 2023), https://philipmorrisinternational.gcs-web.com/static-files/4951882b-58aa-4532-beeb-41831cef6860.

[15] Peter Westberg, *The Rise of ZYN: Redefining Nicotine Consumption*, Quartr (Feb. 2, 2024), https://quartr.com/insights/company-research/the-rise-of-zyn-redefining-nicotine-consumption.

growth in such a short period of time.

11.     Consumer interest and demand for ZYN pouches is skyrocketing in part because the Product advertising misleads consumers to believe nicotine pouches are safer than they actually are. The Product is advertised as "tobacco-free," which is misleading because nicotine is tobacco-derived and likely contains carcinogens and other toxins from the tobacco leaf. Since consumers associate health concerns with tobacco, using this designation also misleads consumers to believe that pouches are safer, when in reality this Product poses significant health concerns.

12.     Interest in ZYN has peaked because of ZYN's "3mg" and "6mg" nicotine labels, which mislead consumers to believe the addictive nature and nicotine strength of the Product are low and/or at least significantly less than other forms of nicotine delivery products.

13.     Sales are high because Defendants' advertisements for ZYN aggressively target young people, although it is illegal in D.C. to sell this Product to people under twenty-one years of age. The advertising, therefore, is misleading about a material fact—that youth and young adults cannot purchase the Product legally.

14.     Defendants also unfairly benefit from marketing and selling, via resellers and retailers, flavored ZYN pouches to D.C. consumers when such sales are illegal.

15.     Defendants' unfair and deceptive advertising violates the District of Columbia Consumer Protection Procedures Act ("CPPA"), D.C. Code §§ 28-3901 *et seq*.

16.     Breathe DC brings this CPPA case on behalf of itself and the general public, seeking relief that includes an injunction to stop the deceptive marketing and sale of ZYN nicotine pouches in the District. Breathe DC seeks no money damages.

## PARTIES

17.    Plaintiff Breathe DC is a 501(c)(3) nonprofit organization headquartered in the District of Columbia that works to end the devastating impact tobacco and nicotine products have on D.C. communities, especially communities with health disparities.

18.    Breathe DC helps District residents addicted to tobacco and nicotine products quit through counseling cessation and education services.

19.    Breathe DC advocates for stronger laws and policies to counteract deceptive and predatory practices by tobacco and nicotine companies, including misleading marketing.

20.    Defendant Swedish Match is a tobacco company incorporated in Delaware, and headquartered at Two James Center, 1021 East Cary Street, Suite 1600, Richmond, VA 23219.

21.    Defendant PMI is an American multinational tobacco company that sells products in more than 180 countries. PMI is incorporated in Virginia, and headquartered at 677 Washington Boulevard, Suite 1100, Stamford, CT 06901.

22.    Defendant Swedish Match is a subsidiary of Defendant PMI. Defendant PMI runs ZYN sales through Defendant Swedish Match in the United States.

23.    Defendants sell nicotine pouches under the brand name of ZYN through retailers in the District. Defendants have been the top seller of nicotine pouches in the U.S for several years.[16]

24.    Defendants market, sell, and encourage the sale of ZYN nicotine pouches in retail stores in the District of Columbia and through resellers. Defendants also market ZYN nicotine

---

[16] Kristy L. Marynak, et al., *Nicotine Pouch Unit Sales in the US, 2016-2020*, 326(6) Jama 566–568 (Aug. 10, 2021), https://www.ncbi.nlm.nih.gov/pmc/articles/PMC8356066/.

pouches to consumers in the District of Columbia through resellers, retailers, social media, and through the ZYN website.[17]

## JURISDICTION AND VENUE

25.    This court has personal jurisdiction over the parties in this case.

26.    Plaintiff Breathe DC, by filing this Complaint, consents to this Court having personal jurisdiction over it.

27.    This Court has personal jurisdiction over Defendants Swedish Match and PMI pursuant to D.C. Code section 13-423. Defendants have sufficient minimum contacts with the District of Columbia to establish personal jurisdiction of this Court over them because, *inter alia*, they engage in deceptive schemes and acts directed at persons residing in, located in, or doing business in the District of Columbia, or otherwise purposefully avails themselves of the laws of the District through their marketing and sales in the District.

28.    The Court has subject matter jurisdiction over this action under the CPPA. *See* D.C. Code § 28-3905(k)(2).

29.    Venue is proper in this Court under D.C. Code § 28-3905(k)(2) and because Defendants aim their marketing and advertising material at consumers within the District. Defendants' internet advertising is accessible in the District. Defendants' ZYN products can be, and are, purchased in the District by District consumers.

## STATUTORY FRAMEWORK

30.    This action is brought under the District of Columbia Consumer Protection Procedures Act, D.C. Code §§ 28-3901–3913.

31.    The CPPA makes it a violation for "any person" to, *inter alia*:

---

[17] *See infra* Section IV.

Represent that goods or services have a source, sponsorship, approval, certification, accessories, characteristics, ingredients, uses, benefits, or quantities that they do not have;

Represent that goods or services are of a particular standard, quality, grade, style, or model, if in fact they are of another;

Misrepresent as to a material fact which has a tendency to mislead;

Fail to state a material fact if such failure tends to mislead;

Use innuendo or ambiguity as to a material fact, which has a tendency to mislead; or

Advertise or offer goods or services without the intent to sell them or without the intent to sell them as advertised or offered.

D.C. Code § 28-3904(a), (d), (e), (f), (f-1), (h).

32.    A violation occurs regardless of "whether or not any consumer is in fact misled, deceived or damaged thereby." *Id*.

33.    The CPPA "establishes an enforceable right to truthful information from merchants about consumer goods and services that are or would be purchased, leased, or received in the District of Columbia." *Id*. § 28-3901(c). It "shall be construed and applied liberally to promote its purpose." *Id*.

34.    Under the statute, a "merchant" is defined as "a person, whether organized or operating for profit or for a nonprofit purpose, who in the ordinary course of business does or would sell, lease (to), or transfer, either directly or indirectly, consumer goods or services, or a person who in the ordinary course of business does or would supply the goods or services which are or would be the subject matter of a trade practice." *Id*. § 28-3901(a)(3).

35.    Because Breathe DC is a public interest organization, it may act on behalf of the general public and bring any action that an individual consumer would be entitled to bring:

[A] public interest organization may, on behalf of the interests of a consumer or a class of consumers, bring an action seeking relief from the use by any person of a

trade practice in violation of a law of the District if the consumer or class could bring an action under subparagraph (A) of this paragraph for relief from such use by such person of such trade practice.

*Id*. § 28-3905(k)(1)(D)(i). Subparagraph (A) provides: "A consumer may bring an action seeking relief from the use of a trade practice in violation of a law of the District."

36.    A public interest organization may act on behalf of consumers, *i.e.*, the general public of the District of Columbia, so long as the organization has a "sufficient nexus to the interests involved of the consumer or class to adequately represent those interests." *Id*. § 28-3905(k)(1)(D)(ii). As set forth in this Complaint, *see supra*, Plaintiff Breathe DC is active in D.C. advocating for stronger laws and policies to counteract deceptive and predatory practices by tobacco and nicotine companies. Breathe DC's work also involves tobacco and nicotine addiction and cessation services, along with associated health education. Breathe DC has a sufficient nexus to D.C. consumers to adequately represent their interests, and has represented the interests of the general public of the District in previous litigation.

37.    This is not a class action, or an action brought on behalf of any specific consumer, but an action brought by Breathe DC on behalf of itself and the general public, *i.e.*, D.C. consumers generally. No class certification will be requested.

38.    This action does not seek money damages. Instead, Breathe DC seeks to end the unlawful conduct directed at D.C. consumers. Remedies available under the CPPA include "[a]n injunction against the use of the unlawful trade practice." *Id*. § 28-3905(k)(2)(D). Breathe DC also seeks declaratory relief in the form of an order holding Defendants' conduct to be unlawful.

**I.    Defendants' Representations That ZYN Nicotine Pouches Are "Tobacco-Free" Are False and Misleading.**

39.    As depicted below, Defendants make representations that ZYN nicotine pouches are "tobacco-free."





40.    The packaging for the Product depicted below is commonly seen at retail stores in the District.[20]

---

[18]    *Global Issues Nicotine Pouches*, Tobacco-Free Kids, https://www.tobaccofreekids.org/what-we-do/global/nicotine-pouches (last visited Sept. 19, 2024).

[19]    *ZYN Peppermint 6mg Nicotine Pouches*, Food4Less, https://www.food4less.com/p/zyn-peppermint-6mg-nicotine-pouches/0060924990103 (last visited Sept. 19, 2024).

[20]    John Reid Blackwell, *Swedish Match Starting Nationwide Rollout of Tobacco-Free Nicotine Pouch Product*, Richmond Times-Dispatch (Mar. 27, 2019), https://richmond.com/swedish-match-starting-nationwide-rollout-of-tobacco-free-nicotine-pouch/article_ec408cb1-586a-50da-8e26-31caf74bddf1.html.



41.     "Tobacco-free" is literally false because the nicotine in ZYN pouches is derived from tobacco.[21]

42.     A product labeled "tobacco-free" is considered "non-tobacco derived,"[22] meaning that the nicotine is synthetically derived, *i.e.*, made in a laboratory,[23] which is not the case with the nicotine in the ZYN Product.

43.     This is important because studies have shown that the process of extracting nicotine from a tobacco leaf, the process Defendants use for the Product, will extract toxins and carcinogens as well, which ultimately end up in the resultant product.[24] Smokeless tobacco products might not contain ***all*** of the harmful substances present in combustible cigarettes, but substances of serious toxicological concern are present.

---

[21] Dani Blum, *Can Nicotine Pouches Like Zyn Harm Your Health?*, The New York Times (Jan. 29, 2024), https://www.nytimes.com/2024/01/25/well/live/zyn-nicotine-pouches-health-risks.html.

[22] Sam N. Cwalina, B.S. et al., *Tobacco-free Nicotine — New Name, Same Scheme?*, 385(26) N. Engl. J. Med.: 2406–2408 (Dec. 18, 2021), https://www.ncbi.nlm.nih.gov/pmc/articles/PMC9153389/.

[23] *Regulation and Enforcement of Non-Tobacco Nicotine (NTN) Products*, U.S. Food and Drug Admin., https://www.fda.gov/tobacco-products/products-ingredients-components/regulation-and-enforcement-non-tobacco-nicotine-ntn-products#What%20are%20NTN (last visited Sept. 19, 2024).

[24] Nadja Mallock et al., *Levels of Nicotine and Tobacco-Specific Nitrosamines in Oral Nicotine Pouches*, 33 Tobacco Control 193–199 (Aug. 5, 2022), https://tobaccocontrol.bmj.com/content/33/2/193.

44.    For instance, a recent study found that ZYN pouches contained ammonia, chromium, formaldehyde, and nickel, which are harmful compounds traditionally found in tobacco.[25]

45.    Another group of substances of serious toxicological concern are carcinogenic tobacco-specific nitrosamines (TSNA), with two carcinogens, NNN and NNK.[26] TSNAs are formed from alkaloids in the tobacco.[27]

46.    A recent study[28] analyzed forty-six different nicotine pouch samples from 20 brands and found that "TSNAs were detected in more than half of the [nicotine pouch] samples" tested and that the "presence of carcinogenic TSNAs in the nicotine pouches is of serious concern."[29] The cancer-causing properties of NNN and NNK are of special relevance for nicotine pouches that are used in the oral cavity, as is the case with ZYN nicotine pouches.

47.    The researchers advocated that the occurrence of toxic substances should be routinely monitored in nicotine pouches.[30]

48.    Based upon this study, and on the lack of information ZYN shares about its Product testing, it is likely that batches of ZYN pouches contain TSNAs since the nicotine in ZYN pouches is extracted from tobacco leaf.[31]

---

[25] Suzanne Back et al., *Harmful and Potentially Harmful Constituents (HPHCs) in Two Novel Nicotine Pouch Products in Comparison With Regular Smokeless Tobacco Products and Pharmaceutical Nicotine Replacement Therapy Products (NRTs)*, 17 BMC Chemistry 9 (2023), https://bmcchem.biomedcentral.com/articles/10.1186/s13065-023-00918-1.

[26] *Id.*

[27] *Id.*

[28] This is a German study that tested 20 brands. ZYN is a leading brand in Germany and was most likely tested. *Exploring The World of Nicotine Pouches in Germany*, Nicovibes, https://nicovibes.com/es-es/blogs/articulos/exploring-the-world-of-nicotine-pouches-in-germany?srsltid=AfmBOooWBL1ZIo0p-jel2PVKptLsp-_ErlKheOdZPhz_FN8k2vFBqstd (last visited Sept. 19, 2024).

[29] *Id.*

[30] *Id.*

[31] *Id.*

49.     The "tobacco-free" representation is, therefore, misleading because it creates the perception that the health concerns of tobacco are absent from the Product and it is therefore healthier.[32]

50.     People believe they are receiving a safer product than a tobacco-derived product, which is false. The nicotine in ZYN is not synthetic as the label connotes, but rather, is extracted from tobacco and contains harmful compounds found in tobacco.

51.     This mistaken belief significantly impacts consumers, many of whom consider tobacco the health culprit.[33]

52.     Indeed, a popular website that sells and provides information on smoke-free tobacco products described ZYN pouches as free of "the standard toxins," making the Product "safer," as depicted in the image below.

## Are ZYN Pouches Safe to Use? (ZYN Safety Guide 2024)

**Yes, ZYN nicotine pouches are safe to use when compared to other nicotine products like cigarettes and snus**. These pouches are completely tobacco-free and do not contain the standard toxins, which makes them much safer.                    [34]

53.     To illustrate this consumer perception, a study found that a tobacco-free nicotine message among e-cigarette[35] users was associated with lower likelihood of perceiving a product's

---

[32] Danielle R. Davis et al., *Why Young Adults Use Tobacco-Free Nicotine E-Cigarettes: An Analysis of Qualitative Data*, 150 Addictive Behaviors 107925 (Mar. 2024), https://www.sciencedirect.com/science/article/pii/S0306460323003209.

[33] *See, e.g., Living in ZYN*, Today Explained, Spotify (Jan. 30, 2024), https://open.spotify.com/episode/6KQmgw76FyPzuKmJfyP8Ol?si=udV_hdtnQUeul2ZQl8ZoGw (podcast asserting that ZYN Product causes no health issues apart from nicotine addiction).

[34] *Are ZYN Pouches Safe to Use?*, Snusdaddy, https://snusdaddy.com/inspiration/item/are-zyn-pouches-safe-to-use/ (last visited Sept. 19, 2024).

[35] Studies analyzing e-cigarette users are equivalent to nicotine pouch users for our purposes here. Both pouches and e-cigarettes are nicotine delivery devices.

13

use as "extremely or very harmful."[36] People reported being "much more or more likely" to use a "tobacco-free" product over non-tobacco-free products.[37]

54.    Another survey found increased intention to use and willingness to pay more for synthetic, as opposed to traditional or tobacco-derived nicotine products in e-cigarette users.[38] Thus, ZYN's representation of "tobacco-free" induces users to buy and spend more for the nicotine Products because consumers believe the nicotine in the Product is synthetic, when in fact, the Products are not synthetic, but are tobacco-derived.

55.    One study found that claims like "tobacco-free" and images of healthy lifestyles (like the image below from ZYN advertising) evoke perceptions of increased safety.[39]



56.    Perceived health benefits have proven to be a primary reason why people use "tobacco-free" products.[40]

---

[36] Julia Chen-Sankey et al., *Effect of a 'Tobacco-Free Nicotine' Claim on Intentions and Perceptions of Puff Bar E-cigarette Use Among Non-Tobacco-Using Young Adults*, 32(4) Tobacco Control 501-504 (Oct. 25, 2021), https://pubmed.ncbi.nlm.nih.gov/34697090/.

[37] *Id.*

[38] Kendra Ratnapradipa et al., *Randomised Experiment for the Effect of 'Tobacco-Free Nicotine' Messaging on Current E-cigarette Users' Perceptions, Preferences and Intentions*, 33(4) Tobacco Control 441–448 (June 2024), https://pubmed.ncbi.nlm.nih.gov/36596708/.

[39] Pamela M Ling et. al., *Tobacco-Derived Nicotine Pouch Brands and Marketing Messages on Internet and Traditional Media: Content Analysis*, 7 JMIR Form Res. 39146 (Feb. 15, 2023), https://www.ncbi.nlm.nih.gov/pmc/articles/PMC9978966/.

[40] *See, e.g.*, Davis et al., *supra* note 32.

57.    The "tobacco-free" representation on ZYN pouches is material as to a key fact: how healthy ZYN pouches are. Consumers care about their health.[41]

58.    The perception of safety that a "tobacco-free" representation creates in consumers is far from accurate.

59.    First, nicotine, alone, has been found to pose serious health concerns. Nicotine products used during pregnancy have negative effects on the developing brain,[42] and may increase chances of preterm birth and stillbirth.[43] Nicotine increases the risk of cardiovascular, respiratory, and gastrointestinal disorders.[44] Nicotine decreases immune response and adversely impacts reproductive health.[45] It affects cell proliferation, oxidative stress, apoptosis, and DNA mutation by various mechanisms, which can lead to cancer.[46] It also affects the tumor proliferation and metastasis and causes resistance to chemotherapy and radio therapeutic agents.[47]

60.    Second, the few studies that have emerged raise serious concerns about the Product itself. As explained above, a recent study found that ZYN pouches contained ammonia, chromium, formaldehyde, and nickel, which are harmful compounds found in tobacco.[48] Other researchers are concerned about periodontal diseases, the impact on the gut microbiome and immune diseases,

---

[41] *Consumers See Health and Well-being as "Essential" Spend Category, Accenture Survey Finds*, Accenture (Sept. 7, 2022), https://newsroom.accenture.com/news/2022/consumers-see-health-and-well-being-as-essential-spend-category-accenture-survey-finds.

[42] Mallock et al., *supra* note 24.

[43] Bendik C. Brinchmann et al., Use *of Swedish Smokeless Tobacco During Pregnancy: A Systematic Review of Pregnancy and Early Life Health Risk*, 118 Wiley (Dec. 16, 2022), https://onlinelibrary.wiley.com/doi/10.1111/add.16114.

[44] Aseem Mishra et al., *Harmful Effects of Nicotine*, 36 Indian J. of Med. and Paediatric Oncology 24-31 (Jan.-Mar. 2015), https://www.ncbi.nlm.nih.gov/pmc/articles/PMC4363846/.

[45] *Id.*

[46] *Id.*

[47] *Id.*

[48] Back et al., *supra* note 25.

and negative impacts from the toxins present in the flavorings.[49]  And as referenced earlier, another study analyzed forty-six different nicotine pouch samples, which likely included ZYN pouches, and found TSNAs present in more than half of the samples.[50] The researchers determined that the "presence of carcinogenic TSNAs in the nicotine pouches is of serious concern."[51]

61.    Defendants are silent on these issues. The ZYN website and Product packaging make no mention of whether the Product has been tested or is free from harmful toxins and carcinogens. On information and belief, Defendants do not test the Product for toxins or carcinogens, and based on research to date, batches of the Product likely contain harmful toxins and carcinogens.

62.    In addition to the "tobacco-free" label being misleading, ZYN's packaging does not contain any clarifying language, such as that the Product may be unsafe during pregnancy, may be unsafe for minors, or may cause health problems. These are omissions of material fact.

63.    Though Defendants warn that the Products contain nicotine, which is "an addictive chemical" (without disclosing the associated health risks of nicotine), this warning is benign and generates little concern in consumers.[52]

64.    In summary, Defendants' use of the term "tobacco-free" in the Product advertising is false (insofar as the nicotine is not synthetic and is extracted from tobacco leaves) and misleads consumers to believe that the health concerns of tobacco are absent from the Product and/or that the pouches are safer than they actually are.

---

[49] Dongxia Ye & Irfan Rahman, *Emerging Oral Nicotine Products and Periodontal Diseases*, 2023 Int. J. Dentistry 9457475 (Feb. 10, 2023), https://www.hindawi.com/journals/ijd/2023/9437475/.

[50] Mallock et al., *supra* note 24.

[51] *Id.*

[52] One could be addicted to green tea, for instance, which would arguably be a healthy addiction, or at least healthier than other options.

II.     **Defendants' "3mg" and "6mg" Nicotine Labeling Is Ambiguous and Misleads Consumers Regarding the Nicotine Strength and Addictive Potential of the Product.**

65.     Defendants' advertisements and packaging for ZYN nicotine pouches display large "3mg" and "6mg" representations, referring to nicotine levels.



66.     These labels are ambiguous, as they contain no further explanation; standing alone, 3mg and 6mg descriptions are difficult to understand. Consumers are confused as to what these numbers mean because these numbers do not clearly convey the expected strength or effect of the nicotine. Defendants intentionally use this confusion to increase sales.

67.     According to two studies conducted in 2021, adult,[54] adolescent, and young adult[55] consumers have difficulty understanding nicotine concentrations presented as mg/ml. It was discovered that mg/ml nicotine does not accurately convey nicotine strength to users.[56] For

---

[53] *Zyn Nicotine Pouches,* Buy Pods Now, https://buypodsnow.com/product/zyn/ (last visited Sept. 19, 2024).

[54] Meghan E. Morean et. al., *Adults Who Use E-cigarettes Have Difficulty Understanding Nicotine Concentrations Presented as mg/ml and Percent Nicotine*, 120 Addictive Behaviors 106965 (Sept. 2021), https://www.sciencedirect.com/science/article/abs/pii/S0306460321001507.

[55] Meghan E. Morean et al., *Adolescents and Young Adults Have Difficulty Understanding Nicotine Concentration Labels on Vaping Products Presented as mg/mL and Percent Nicotine*, Nicotine Tobacco Res. 1389–1397 (Aug. 4, 2021), https://pubmed.ncbi.nlm.nih.gov/33433626/.

[56] Morean *supra* note 54.

17

instance, does 3mg deliver a strong or a weak dose of nicotine? For new users especially, the strength of the nicotine delivery is difficult to gauge from experiencing the Product alone. Users were more likely to underestimate than to overestimate nicotine strength based on perceiving the labels.[57]

68.    These studies have raised concerns about inadvertent exposure to high nicotine levels.[58]

69.    The studies advocated for a "simplified nicotine concentration labeling system" to "improve public knowledge."[59]

70.    This confusion is exacerbated when nicotine strength is compared to other nicotine delivery products, especially for consumers transitioning from products like traditional cigarettes where nicotine content is often expressed and delivered differently.

71.    For example, a cigarette, on average, contains 8-20mg of nicotine, but only a small percentage of the nicotine, 10% on average or 1mg to 2mg, is absorbed into the bloodstream.[60]

---

[57] Morean, *supra* note 55.

[58] *Id.*

[59] Morean, *supra* note 54.

[60] Sarah Marsh, *How Much Nicotine is in a Cigarette Compared to a Vape?*, The Guardian (June 23, 2023), https://www.theguardian.com/society/2023/jun/23/how-much-nicotine-is-in-a-cigarette-compared-to-a-vape.

72.     Nicotine pouches, on the other hand, are chemically engineered to have a much higher absorption rate.[61] Therefore, the "actual delivery of nicotine is significantly higher in nicotine pouches than traditional cigarettes."[62]

73.     Another example illustrating the confusion over nicotine delivery between products comes from a study that compared nicotine absorption between ZYN pouches and Swedish General snus.[63] It found that higher levels of nicotine were found in the bloodstream of the subjects using ZYN 6mg than those using the 8mg General snus. In other words, despite the fact that the General snus contained 2mg more nicotine, subjects absorbed more nicotine using ZYN pouches. The study also found that ZYN 8mg delivered similar amounts of nicotine as the Longhorn Natural moist snuff 18mg but less nicotine than two pouches of General snus 8mg.[64]

74.     ZYN pouches representing 3mg or 6mg nicotine mislead people into thinking only a small amount of nicotine is absorbed compared to a traditional cigarette or other products that contain higher amounts of nicotine based on the label, which is incorrect.

75.     The result of this confusion is that it becomes very easy to become dependent on large doses of nicotine with ZYN pouches.[65]

---

[61]     Luke Whelan, *Are Nicotine Pouches Bad for You?*, Right as Rain (May 1, 2024), https://rightasrain.uwmedicine.org/well/health/nicotine-pouches-health-risks. *See also, What Strength of ZYN is Right for You?,* ZYN, https://uk.zyn.com/blog/our-products/what-strength-of-zyn-is-right-for-you/ (last visited May 1, 2024) (ZYN United Kingdom site explains that ZYN nicotine pouches ***actually deliver*** the amount of nicotine shown on the label, in contrast to most other nicotine delivery devices which deliver only a fraction of the nicotine content. Though this is a U.K. site, ZYN pouches are only manufactured in Sweden and Kentucky and the Sweden factory supplies both Europe and the U.S., so it's likely that there are no differences between the U.K. pouches and the U.S. pouches. This would mean that one 3mg ZYN nicotine pouch delivers the nicotine of two cigarettes, and a single 6mg pouch is the equivalent of four cigarettes).

[62]     Luke Whelan, *Are Nicotine Pouches Bad for You?*, Right as Rain (May 1, 2024), https://rightasrain.uwmedicine.org/well/health/nicotine-pouches-health-risks.

[63]     *Study Compares Nicotine Absorption Between ZYN® and Tobacco-Based Smokeless Products*, Nicotine Science (Aug. 20, 2020), https://nicotinescience.com/study-compares-nicotine-absorption-between-zyn-and-tobacco-based-smokeless-products/.

[64]     *Id.*

[65]     Whelan, *supra* note 62.

19

76.    Although ZYN packaging states that the Product contains nicotine, which is "addictive," the 3mg/6mg nicotine labels are confusing and deceptive because standing alone, the labels do not clarify the strength of nicotine delivered, especially as compared with other nicotine products, which misleads consumers to believe that the strength of nicotine in the Product is less than what it is and/or that the Products are less addictive than they are.

77.    That nicotine pouches in general unwittingly deliver massive doses of nicotine compared to traditional forms of nicotine products is of growing concern:

> With these pouches, you're getting such a high dose and building an extreme tolerance to those high doses. Not only are you getting a massive or large dose of nicotine and triggering huge dopamine releases, but there are no barriers to prevent you from continuously consuming nicotine packets to keep up the rush. "Somebody who is using a pack a day of cigarettes is going to have to find a lot of time in the day to do that activity," says [certified tobacco treatment specialist at the Fred Hutchinson Cancer Center, Brandon] Omernik. "I see people use these pouches all parts of the day because they're super discreet."[66]

78.    Labeling ZYN pouches as containing 3mg/6mg nicotine without additional context does nothing to indicate to consumers the strength of the nicotine being delivered by the Product. And how much nicotine is being absorbed is material for consumers because nicotine is an addictive chemical with known harmful effects.

79.    The effects of misleading nicotine labeling are apparent when viewing social media postings discussing ZYN pouches. "Zynfluencers," a term referring to people who officially[67] and unofficially promote ZYN nicotine pouches on social media platforms, have created a notable presence, with videos and posts about ZYN pouches garnering millions of views and interactions. Zynfluencers are usually young adults with a young adult following.[68]

---

[66] *Id.*

[67] *ZYN*, Brewco Marketing Group, https://www.brewco.com/work/zyn/ (last visited Sept. 19, 2024).

[68]    *See, e.g.*, Zynbabwe Utopia (@zynbabweclub), Instagram, https://www.instagram.com/zynbabweclub/?hl=en (last visited Sept. 19, 2024) (the Instagram homepage of a predominant Zynfluencer).

80.    In the post shown below, one commenter, in a stream addressing the perception that 3mg pouches are weak, states that the benefit of 3mg pouches is the "versatil[ity]," allowing for "like 4" pouches in the mouth at once. Four 3mg ZYN pouches in the mouth is likely equivalent, in terms of nicotine delivery, to smoking eight cigarettes simultaneously.



81.    That comment is not isolated. Posters speak of using two 6mg pouches at one time, all day long—the likely equivalent, in terms of nicotine delivery, of chain-smoking eight cigarettes simultaneously throughout the day.[70]

---

[69]    Zynbabwe    Utopia    (@zynbabweclub),    Instagram,    (Mar.    13,    2024), https://www.instagram.com/p/C4deKfeL4F3/?hl=en.

[70]    *See, e.g.*, Zynfluencers (@zyn_fluencers), Instagram, (Dec. 9, 2020), https://www.instagram.com/p/ClIFOsJjujt/?hl=en.

82.    Social media posts show consumers using ZYN Products in the gym and even while sleeping. In the post depicted below, one user talks about throwing in a ZYN at the first alarm snooze—and another cautions to first spit out the "overnighters."



83.    Use-trends on social media, like the examples above, show consumers, presumably believing in the perceived weakness and versatility of ZYN pouches, becoming addicted to the steady flow of high amounts of nicotine delivered into the bloodstream.

84.    Defendants' display of "3mg" and "6mg" nicotine labels on the Product is confusing and misleads consumers to believe the addictive nature and nicotine strength of the Product are low and/or at least significantly less than other forms of nicotine-delivery products like cigarettes, which is false.

---

71    Zynbabwe    Utopia    (@zynbabweclub),    Instagram,    (Feb.    25,    2024), https://www.instagram.com/p/C3xtUpZrDc6/?hl=en.

**III.    Defendants' Advertising Targeting Young People in the District Is Misleading, Because the Sale of Nicotine Pouches is Illegal to People Under 21 in the District.**

85.    Defendants' ZYN marketing targets teenagers and young adults, despite the illegality of selling these Products to people under 21 years of age in the District. The advertising, therefore, is misleading about a material fact—that young adults cannot legally purchase the Product, and that their use of the Product is explicitly against the policy of the District.

86.    D.C. Law 21-191 prohibits the sale of tobacco to individuals under 21 years of age.[72] "Tobacco product" means any product that is made from or derived from tobacco, which includes ZYN nicotine pouches.[73]

87.    ZYN advertisements, notwithstanding the unambiguous legislative mandate, target young people.

88.    A study analyzing ZYN's marketing found that the majority of ZYN models appear to be young adults,[74] such as in the advertisement below.

---

[72] Prohibition Against Selling Tobacco Products to Individuals Under 21 Amendment Act of 2016, D.C. Law 21-191 (2016).

[73] *Id.*

[74] Ling, *supra* note 39.



89.    Additionally, individuals under 21 years of age are more likely to buy ZYN pouches if they perceive the marketing to contain messages about tasty flavors.[76]

90.    It is widely accepted that young people are attracted to flavors.[77] The data on this fact is staggering.[78] In 2019, nearly seven out of ten youth who were current tobacco users reported that they used a flavored tobacco product.[79]

---

[75]    ZYN    USA    (@zyn_usa),    Instagram,    (Sept.    11,    2023), https://www.instagram.com/p/CxENsZyvLgV/?img_index=1.

[76] Shivani Mathur Gaiha et al., *Use, Marketing, and Appeal of Oral Nicotine Products Among Adolescents, Young Adults, and Adults*, 140 Addictive Behavior 107632 (May 2023), https://pubmed.ncbi.nlm.nih.gov/36731224/.

[77]    *Flavored Tobacco Use Among Youth and Young Adults*, Truth Initiative (June 28, 2021), https://truthinitiative.org/research-resources/emerging-tobacco-products/flavored-tobacco-use-among-youth-and-young-adults.

[78]    *Id.*; *see also Results from the Annual National Youth Tobacco Survey*, U.S. Food and Drug Admin., https://public4.pagefreezer.com/browse/FDA/01-11-2023T15:52/https://www.fda.gov/tobacco-products/youth-and-tobacco/results-annual-national-youth-tobacco-survey (last visited Sept. 19, 2024).

[79]    Morean, *supra* note 55.

91.    Nearly 81% of youth ages 12 to 17 who ever used a tobacco product reported that the first product they used was flavored.[80]

92.    Defendants sell the Product in ten different flavors, depicted in the image below, in order to tempt young buyers.



[81]

93.    ZYN's advertising strategy uses suggestive imagery of delicious-looking food and drinks alongside their nicotine pouches to appeal to young buyers, as shown in the marketing depicted below.

---

[80] *Id.*

[81] *ZYN Nicotine Pouches (5 Can)*, KMG Import, https://www.kmg-import.com/product/zyn-nicotine-pouches-5-can/ (last visited Sept. 19, 2024).

WARNING: This product contains nicotine.
Nicotine is an addictive chemical.

WARNING: This product contains nicotine.
Nicotine is an addictive chemical.





94.    Knowing its appeal to young people, the District of Columbia in October 2022 banned the sale of all flavored tobacco, including flavored nicotine products.[84]

95.    Yet, the Product is still for sale in the District.[85]

96.    Young people are also more likely to buy ZYN pouches if they believe the Product will help them to feel comfortable in social situations, such as in the advertisement depicted below.[86]

---

[82] ZYN USA (@zyn_usa), Instagram, (Mar. 14, 2023), https://www.instagram.com/p/CpxncSvt4Tj/.

[83] ZYN USA (@zyn_usa), Instagram, (May 14, 2023), https://www.instagram.com/p/CsOlEF_s4Fm/.

[84] *Flavored Tobacco Product Prohibition Amendment Act of 2021*, D.C. Dept. of Licensing and Consumer Protection, https://dlcp.dc.gov/page/flavored-tobacco-and-electronic-smoking-device-products-prohibition (last visited Sept. 19, 2024); *see also* D.C. Code § 7-1721.08.

[85] *See infra* Section IV.

[86] Gaiha, *supra* note 76.



97.    A study also found that consumers younger than age 21 were more likely to use nicotine pouches if they believed that they could use the product anywhere.[88] Playing into this desire, ZYN advertising focuses on feeling "free," unencumbered, and shows users in nature, as in the advertisement depicted below. The advertisements hint that the Product can be used anywhere because there is no smoke and no smell, and the pouches are discrete, meaning parents or adults are not necessarily aware of the nicotine use.

---

[87] ZYN USA (@zyn_usa), Instagram, (July 4, 2023), https://www.instagram.com/p/CuSHWSbpYkn/.

[88] Gaiha *supra* note 76.





98.     Defendants' advertising is making an impact on young consumers. The Food and Drug Administration ("FDA") has expressed concern about the growing popularity of the ZYN Product among young adults.[90]

99.     In April, the FDA announced issuance of 119 warning letters to, and the filing of forty-one civil money penalty complaints against, brick-and-mortar retailers that engaged in the sale of various flavors of ZYN nicotine pouches to underage consumers between October 2023 and February 2024. FDA has also issued warning letters to three online retailers for the sale of

[89]  ZYN USA (@zyn_usa), Instagram, (Oct. 9, 2023), https://www.instagram.com/p/CyLj62gMb33/.

[90] *FDA Issues Warning Letters to and Files Civil Money Penalty Complaints Against Retailers for Underage Sales of ZYN Nicotine Pouches*, FDA (Apr. 4, 2024), https://bit.ly/47Ikxk7. Even more recently, an FDA and CDC joint investigation found that "[i]n 2024, 1.8% of middle and high school students reported current nicotine pouch use" and that of those users, "68.7% used ZYN." *See* Eunice Park-Lee, et al., *Notes from the Field: E-Cigarette and Nicotine Pouch Use Among Middle and High School Students — United States, 2024*, CDC (Sept. 5, 2024), https://www.cdc.gov/mmwr/volumes/73/wr/mm7335a3.htm?utm_medium=email&utm_source=govdelivery.

flavored ZYN nicotine pouches, sales which are currently illegal in the District.[91] ZYN is aware of these sales, benefits from them, and encourages them.[92]

100.     As explained *supra*, the ZYN following on social media has gone viral with a predominantly young adult following.[93]

101.     Young adults post about being "wired all day," performing better at the gym,[94] and feeling increased mental activity and focus while using the ZYN Product.[95]

102.     Defendants' marketing to teenagers and young people is intentional and mirrors the successful tactic employed by traditional tobacco companies who preyed on young people, who are more susceptible to predatory marketing and more prone to poor decision-making.[96]

103.     Studies show that young people's brains are not fully developed or capable of understanding consequences of actions, which impacts this age group's ability to make good decisions about health and general welfare.[97]

104.     The prefrontal cortex, which is responsible for higher-order cognitive functions such as decision-making, impulse control, and reasoning, continues to develop into the mid-20s.[98] This means that adolescents and young adults do not process information, assess risks, or make

---

[91] *Id.*

[92] *See infra* Section IV.

[93] Zynbabwe Utopia (@zynbabweclub), Instagram, https://www.instagram.com/zynbabweclub/?hl=en (last visited Sept. 19, 2024).

[94]     Zynbabwe     Utopia     (@zynbabweclub),     Instagram     (Apr.     16,     2024), https://www.instagram.com/p/C51r1iDLcQV/?hl=en.

[95]     Zynbabwe     Utopia     (@zynbabweclub),     Instagram,     (Mar.     5,     2024), https://www.instagram.com/p/C4JgJXZrNo-/?hl=en.

[96] *National Survey Indicates More Young Adults Begin Tobacco Use With Vaping, Not Cigarettes*, Med. Univ. S. Carolina (Nov. 13, 2023), https://hollingscancercenter.musc.edu/news/archive/2023/11/13/national-survey-indicates-more-young-adults-begin-tobacco-use-with-vaping-not-cigarettes.

[97] Mariam Arain et al., *Maturation of the Adolescent Brain*, 9 Neuropsychiatric Disease & Treatment, 449–61 (Apr. 3, 2013), https://www.ncbi.nlm.nih.gov/pmc/articles/PMC3621648/.

[98]     *The     Teen     Brain:     7     Things     to     Know*,     Nat'l     Inst.     of     Mental     Health, https://www.nimh.nih.gov/health/publications/the-teen-brain-7-things-to-know (last visited Sept. 19, 2024); *see also* Sunita Bava and Susan F. Tapert, *Adolescent Brain Development and the Risk for Alcohol and Other Drug Problems*, 20 Neuropsychol Rev. 398–413 (Oct.. 19, 2010), https://www.ncbi.nlm.nih.gov/pmc/articles/PMC2988999/.

decisions in the same way that fully matured adults do. This has been found to make this population especially vulnerable to, for example, electronic cigarette ("e-cigarette") advertisements and substance abuse.[99] The same can be expected now of Defendants' nicotine-pouch advertising.

105.    Defendants market the Product to young people in the District of Columbia, implying and suggesting that the Product can lawfully be sold to them, when in fact it cannot. Defendants, therefore, misrepresent a material fact about the Product—that it cannot be legally sold in the District to people under the age of 21.

106.    Defendants do this for the purpose of creating demand among young people for clandestine acquisition and use of the ZYN Product, hooking them on this nicotine before they are old enough even to make rational decisions about the use of a harmful and addictive substance.

## IV.    Defendants' Advertising and Sale Via Resellers of Flavored ZYN Pouches in the D.C. Is Misleading, Because the Sale of Flavored Nicotine Pouches is Illegal in the District.

107.    In October 2022, the District banned the sale of all flavored tobacco, including flavored nicotine products.[100]

108.    On June 17, Defendant Swedish Match announced it had received a subpoena from the District of Columbia's attorney general requesting information about the company's compliance with local restrictions on flavored tobacco products.[101] As a result, Defendant Swedish Match shut down the sale of ZYN nicotine pouches on the ZYN website.

---

[99] David M. Lydon, M.S. et al., *Adolescent Brain Maturation and Smoking: What We Know and Where We're Headed*, 45 Neurosci Biobehav Rev. 323–342 (July. 12, 2014), https://www.ncbi.nlm.nih.gov/pmc/articles/PMC4451244/.

[100] *Flavored Tobacco Product Prohibition Amendment Act of 2021*, *supra* note 84.

[101] *PMI Suspends Zyn Sales Due to DC Probe*, Tobacco Reporter (June 18, 2024), https://tobaccoreporter.com/2024/06/18/pmi-suspends-online-zyn-sales-due-to-dc-probe/.

109.    Ending Product sales via the ZYN website has had little impact on Defendants. Defendants admit that sales on the ZYN website platform represented "a very small" percentage of sales of ZYN nicotine pouches.[102]

>This is because ZYN predominantly operates on a reseller and retailer market strategy. The brand's extensive distribution network, which relies heavily on partnerships with resellers and retailers, has allowed ZYN to achieve widespread availability and visibility in the market.[103] ZYN's relationship with its retailers and resellers has been key to its success and upon information and belief, ZYN has not ceased its relationship with resellers and retailers who sell Products in the District. Defendants continue to benefit from its relationships with resellers and retailers in the District in terms of sales and advertising. Defendants continue to allow their resellers and retailers to sell Products in the District.[104] And despite the ban, Defendants continue to direct advertising of flavored pouches both online and in stores via its retailers and resellers at District consumers.

110.    ZYN is also encouraging sales of flavored Products in the District via its website.[105] Below is a screenshot of the ZYN website showing locations where flavored ZYN pouches are available for sale in the District.[106]

---

[102] *Id.*

[103] Alexander Strand & Johannes Lindgren, *The Interplay between Product Innovation and Distribution Network: A case study of ZYN's Success in the US Nicotine Pouch Market*, Department of Business Studies Uppsala University (June 2, 2023), https://uu.diva-portal.org/smash/get/diva2:1780984/FULLTEXT01.pdf.

[104] *E.g.* Havana Smoke Shop located at 3249 M St NW, Washington, DC 20007, sells eight flavors of ZYN Products.

[105] ZYN, *Find a Store,* https://us.zyn.com/find-a-store/ (last visited Sept. 19, 2024)(populated using the D.C. zip code 20024).

[106] *Id.*



111.    Defendants market, sell, allow the sale of, advertise the sale of, and encourage the sale of, the flavored Products via resellers and retailers to people in the District, implying and suggesting that the Product can be sold to them, when in fact it cannot.  Defendants, therefore, misrepresent a material fact about the Product—that the flavored Product cannot legally be sold to people in the District.

## CAUSE OF ACTION

### *Violations of the District of Columbia Consumers Protection Procedures Act*

112.    Breathe DC incorporates by reference all the allegations of the preceding paragraphs of this Complaint.

113.    Breathe DC is a nonprofit, public interest organization that brings these claims on behalf of the general public and District consumers. *See* D.C. Code § 28-3905(k)(1)(D)(i).

114.    Through section 28-3905(k)(1)(D)(i), the DC CPPA explicitly allows for public interest organizational standing even beyond that which is afforded pursuant to section 28-3905(k)(1)(C) and allows a public interest organization to stand in the shoes of a consumer to seek relief from any violation of the CPPA.

115.    Defendant Swedish Match, and Defendant PMI as the parent company, are each a "person" and a "merchant" that provides "goods" within the meaning of the CPPA. *See id*. § 28-3901(a)(1), (3), (7).

116.    Defendants advertise and market ZYN pouches as being "tobacco-free" which is false in that the product is not synthetic but is tobacco-derived. This misleads consumers into believing that harmful compounds found in tobacco are absent from the Product which is likely false. "Tobacco-free" also misleads consumers into believing that the Product is safer for consumption than it is when in reality this Product poses significant health concerns. Defendants mislead consumers as to material facts and fail to clarify material facts about the potential health risks of the Product, ultimately misleading consumers to purchase the ZYN Product.

117.    Defendant's advertisements and packaging for ZYN nicotine pouches display "3mg" and "6mg" nicotine labels. These labels are intentionally ambiguous and confusing as they contain no further explanation and, standing alone, create the perception that ZYN pouches deliver smaller amounts of nicotine than actually delivered. The labeling misleads consumers into thinking the addictive nature of these Products is low and/or significantly less than combustion cigarettes or other forms of nicotine delivery. They also mislead consumers to believe that the nicotine strength of the pouches is lower than they are, and/or that the ZYN nicotine pouches deliver less nicotine than combustible cigarettes or other forms of nicotine delivery. Defendants use ambiguity as to a material fact, which has a tendency to mislead consumers, in violation of the CPPA.

118.    Defendants' advertisements target young people, even though it is illegal in D.C. to sell these products to people younger than age 21. The advertisements focus on young people, in nature and social settings, and the pouches come in flavors appealing to young people. Marketing to young people when the Product cannot, in fact, be sold legally to them constitutes

unfair and deceptive trade practices. Defendants market the ZYN Product to young people, implying and suggesting that the Product can be sold to them, when in fact it cannot. Defendants, therefore, misrepresent a material fact—that the Product cannot legally be sold to people under 21.

119.    Defendants advertise and sell via resellers flavored versions of the Products to people in D.C. even though it is illegal to sell flavored nicotine pouches to people in the District. Defendants market and sell the flavored Products via resellers in the District implying and suggesting that the Product can lawfully be sold to D.C. consumers, when in fact it cannot. Defendants, therefore, misrepresent a material fact about the Product—that the flavored Product cannot legally be sold to consumers in the District.

120.    Defendants have violated the CPPA by "represent[ing] that goods . . . have a source, sponsorship, approval, . . . [or] characteristics . . . that they do not have"; "represent[ing] that goods . . . are of a particular standard, quality, grade, style, or model, if in fact they are of another"; "misrepresent[ing] as to a material fact which has a tendency to mislead"; "fail[ing] to state a material fact if such failure tends to mislead"; "us[ing] innuendo or ambiguity as to a material fact, which has a tendency to mislead"; and "advertis[ing] . . . goods . . . without the intent to sell them as advertised." See *id*. § 28-3904(a), (d), (e), (f), (f-1), (h).

## JURY TRIAL DEMAND

121.    Plaintiff Breathe DC hereby demands a trial by jury.

## PRAYER FOR RELIEF

***Wherefore,*** Plaintiff Breathe DC prays for judgment against Defendants and requests the following relief:

A.  A declaration that Defendants' conduct is in violation of the CPPA;

B.  An order enjoining Defendants' conduct found to be in violation of the CPPA; and

C.  An order granting Plaintiff costs and disbursements, including reasonable attorneys' fees

and expert fees, and prejudgment interest at the maximum rate allowable by law.

DATED: September 27, 2024                          **RICHMAN LAW & POLICY**

_____
Kim E. Richman (D.C. Bar No. 1022978)
1 Bridge Street, Suite 83
Irvington, NY 10533
T: (914) 693-2018
krichman@richmanlawpolicy.com

*Attorney for Plaintiff*